## SOUTHERN WATCH SUPPLY v. REGAL CHRYSLER-PLYMOUTH

No. 420P84.

Case below: 69 N.C. App. 164.

Petition by defendant (Regal) for discretionary review under G.S. 7A-31 denied 6 November 1984.

## S.R.M. REALTY v. WEBSTER

No. 535P84.

Case below: 70 N.C. App. 146.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 November 1984.

## STATE v. BEAM

No. 527P84.

Case below: 70 N.C. App. 181.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 November 1984.

## STATE v. BORDEAUX

No. 546P84.

Case below: 70 N.C. App. 344.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 November 1984.

## STATE v. CAUTHEN

No. 593P84.

Case below: 70 N.C. App. 495.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 November 1984.